BEFORE THE FIRST DIVISION, OCTOBER 14, 1940

**No. 44523.**—Protests 487699–G, etc., of Feltex Corp. (New York).

Opinion by BROWN, J.   It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314).   The protests were therefore sustained.

BEFORE THE SECOND DIVISION, OCTOBER 14, 1940

**No. 44524.**—Protest 967123–G/88239 of G. W. Sheldon & Co. (Chicago).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel the merchandise in question was held dutiable as parts of sewing machines at 15 percent under paragraph 372 as claimed.

BEFORE THE THIRD DIVISION, OCTOBER 14, 1940

**No. 44525.**—Protest 876051–G of E. J. Barry (New York).

Opinion by EVANS, J.   It was stipulated that the merchandise consists of lime juice unfit for beverage purposes similar to that the subject of *United States* v. *Ritchie* (28 C. C. P. A. —, C. A. D. 124).   The claim at 5 cents per pound under paragraph 48 was therefore sustained.

**No. 44526.**—Protests 749076–G/82485, etc., of Sprague Warner & Co. (Chicago).

Opinion by EVANS, J.   It was stipulated that the merchandise consists of baked articles similar to those the subject of *Wile* v. *United States* (T. D. 49514).   The claim at 20 percent under paragraph 1558 was therefore sustained.

**No. 44527.**—Protest 703334–G of E. E. Ellis (Norfolk).

Opinion by EVANS, J.   On the record presented certain bales were held free of duty under paragraph 1662.   Abstract 42287 followed.

**No. 44528.**—Protests 2708–K, etc., of Durkee Famous Foods et al. (New York).

Opinion by EVANS, J.   It was stipulated that the merchandise consists of dried ginger root packed in bags the same as that the subject of *Wilson* v. *United States* (28 C. C. P. A. —, C. A. D. 126).   The claim for free entry under paragraph 1768 was therefore sustained.